# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |
|---|---|
| In re Christina M. REDINGTON,<br><br>Debtor. | Civil No. 17-cv-08370 (RBK)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

This action arises from Ms. Jenny Kasen's appeal (Doc. No. 5) from an Order Denying a Request for Opinion and Opportunity to Supplement (Doc. No. 5-1) issued by the United States Bankruptcy Court for the District of New Jersey. For the reasons discussed in the accompanying opinion,

**IT IS HEREBY ORDERED** that the Bankruptcy Court's Order Denying a Request for Opinion and Opportunity to Supplement is **REVERSED** and **REMANDED** for further proceedings consistent with this Court's opinion.

Dated: 06/19/2018                                    /s Robert B. Kugler
                                                     ROBERT B. KUGLER
                                                     United States District Judge